## Candelori *v.* Close et al., Appellants.

Argued September 11, 1968. *Arnold Lovitz,* for appellant; *Thomas F. Gilson,* with him *F. Kirk Adams,* for appellee.

Order affirmed.

## Candelori *v.* Philadelphia Dressed Beef Company et al., Appellants.

Argued September 11, 1968. *Arnold Lovitz,* for appellant; *Thomas F. Gilson,* with him *F. Kirk Adams,* for appellee.

Order affirmed.